No. 71–6152.  UNDERWOOD *v.* ROUSE ET AL.  C. A. 8th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 70–5058.  LYNCH ET AL. *v.* HOUSEHOLD FINANCE CORP. ET AL., 405 U. S. 538;

No. 71–247.  RABE *v.* WASHINGTON, 405 U. S. 313;

No. 71–600.  STATE BOARD OF ELECTION COMMISSIONERS ET AL. *v.* EVERS ET AL., 405 U. S. 1001;

No. 71–852.  C. D. CONSTRUCTION CORP. *v.* COMMISSIONER OF INTERNAL REVENUE, 405 U. S. 988;

No. 71–853.  GREENBERG *v.* UNITED STATES, 405 U. S. 988;

No. 71–948.  GIPE, GUARDIAN *v.* DEMPSEY ET AL., 405 U. S. 990;

No. 71–987.  MOODY *v.* MOODY, 405 U. S. 990;

No. 71–1009.  LINDAUER *v.* OKLAHOMA CITY URBAN RENEWAL AUTHORITY ET AL., 405 U. S. 1017;

No. 71–1061.  ARNESON PRODUCTS, INC., ET AL. *v.* BLUMENFELD, 405 U. S. 1017;

No. 71–5127.  HARDEE *v.* NELSON, WARDEN, 404 U. S. 1060;

No. 71–5428.  LIPSCOMB *v.* UNITED STATES, 404 U. S. 1021;

No. 71–5545.  COLLINS *v.* MICHIGAN, 405 U. S. 991;

No. 71–5624.  ALCALA *v.* WYOMING, 405 U. S. 997;

No. 71–5817.  BURNS *v.* COLUMBIA PICTURES INTERNATIONAL CORP. ET AL., 405 U. S. 991; and

No. 71–5883.  BIBLE *v.* ARIZONA ET AL., 405 U. S. 994.

No. 71–5375.  STANLEY *v.* UNITED STATES, 404 U. S. 996; and

No. 71–5771.  MUNCASTER *v.* UNITED STATES, 405 U. S. 979.  Motions for leave to file petitions for rehearing denied.